**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02117-REB-KLM

CHRISTINA CARTY-MAUK, as the Mother and Next Friend of B.C., a Minor Child,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF CUSTER COUNTY, COLORADO,
LINDA ELLIOTT, in her individual capacity,
LEOKADIA ANN FREEMAN,
JAMES W. BLASE, and
LENNEA BLASE,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANTS JAMES W. BLASE AND LENNEA BLASE, ONLY**

**Blackburn,**

The matter before me is plaintiff's **Notice of Dismissal of Claims Against Defendants James Blase and Lennea Blase** [#11][1] filed September 27, 2012. After reviewing the notice and the record I conclude that the notice should be approved and that plaintiff's claims against defendants James W. Blase and Lennea Blase should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Dismissal of Claims Against Defendants James Blase and Lennea Blase** [#11] filed September 27, 2012, is **APPROVED**;

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That plaintiff's claims against defendants James W. Blase and Lennea Blase are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants James W. Blase and Lennea Blase are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated September 27, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge