**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02117-REB-KLM

CHRISTINA CARTY-MAUK, as the Mother and Next Friend of B.C., a Minor Child,

    Plaintiff,

v.

LINDA ELLIOTT, in her individual capacity,
LEOKADIA ANN FREEMAN,
DANIEL L. VINING, and
SHIRLEY A. VINING,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANTS DANIEL L. VINING AND SHIRLEY A. VINING, ONLY

**Blackburn,**

The matter before me is the **Stipulation To Dismiss Vining Defendants** [#49][1] filed April 16, 2013. After reviewing the notice and the record I conclude that the notice should be approved and that plaintiff's claims against defendants Daniel L. Vining and Shirley A. Vining should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Vining Defendants** [#49] filed April 16, 2013, is **APPROVED**;

2. That plaintiff's claims against defendants Daniel L. Vining and Shirley A.

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Vining are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

    3. That defendants Daniel L. Vining and Shirley A. Vining are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 16, 2013, at Denver, Colorado.

                                         **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge