**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02117-REB-KLM

CHRISTINA CARTY-MAUK, as the Mother and Next Friend of B.C., a Minor Child,

    Plaintiff,

v.

LINDA ELLIOTT, in her individual capacity, and
LEOKADIA ANN FREEMAN,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT
LINDA ELLIOTT ONLY**

**Blackburn,**

The matter is before me on the **Stipulated Motion To Dismiss Defendant Linda Elliott, with Prejudice** [#54][1] filed May 17, 2013. After reviewing the motion, the record, and the apposite law, I conclude that the motion should be granted and that plaintiff's claims against defendant Linda Elliott should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendant Linda Elliott, with Prejudice** [#54] filed May 17, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant, Linda Elliott, are **DISMISSED WITH PREJUDICE**, with each of the affected parties to pay its own attorney fees and costs;

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and

      3. That defendant, Linda Elliott, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated May 20, 2013, at Denver, Colorado.

      **BY THE COURT:**

*(signature)*
Robert E. Blackburn
United States District Judge