# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-02117-REB-KLM

CHRISTINA CARTY-MAUK, as the Mother and Next Friend of B.C., a Minor Child,

    Plaintiff,

v.

LEOKADIA ANN FREEMAN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn,**

The matter is before me on the **Stipulated Motion To Dismiss Defendant Freeman** [#56][1] filed May 28, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant Leokadia Ann Freeman should be dismiss without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendant Freeman** [#56] filed May 28, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant Leokadia Ann Freeman, are **DISMISSED WITHOUT PREJUDICE**, with each of the affected parties to pay its own attorney fees and costs;

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That any pending motion is **DENIED** as moot; and

4. That this case is **CLOSED**.

Dated May 29, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge